NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SECALT S.A. AND TRACTEL, INC.,**
*Plaintiffs-Appellants,*

v.

**WUXI SHENXI CONSTRUCTION MACHINERY COMPANY, LTD.,**
*Defendant-Appellee.*

---

2011-1082

---

Appeal from the United States District Court for the District of Nevada in case no. 08-CV-0336, Judge James C. Mahan.

---

**ON MOTION**

---

**O R D E R**

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Ninth Circuit.

It appears from Secalt S.A. and Tractel, Inc.'s notice of appeal in this trade dress infringement case that the appellants were intending to seek review in the Ninth Circuit. This court is a court of limited jurisdiction. 28

U.S.C. § 1295. Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order opposing transfer, this appeal will be transferred to the United States Court of Appeals for Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

__DEC 1 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

DEC 1 4 2010

cc: Michael R. Friscia, Esq.
Clay P. Hughes, Esq.

JAN HORBALY
CLERK

s19